# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA
                            Plaintiff,

v.                                              Case No.: 1:25−cr−00255
                                                Honorable Sunil R. Harjani

Syed Mehdi Hussain, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

   MINUTE entry before the Honorable Jeannice W. Appenteng: Status hearing held 5/27/2025. Defendant's detention hearing is reset to 6/4/2025 at 10:00 a.m. in Courtroom 1858 on defendant's oral motion to continue for the reasons stated on the record. Defendant waived his right to a detention hearing within five days of his initial appearance and for the reasons stated on the record, the Court finds good cause to continue the hearing. 18 USC 3142(f). Mailed notice. (kl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.